NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Marc Danielian
18948 Krameria Ave
Riverside, CA 92508
Phone: (951) 205-8303
Email: marcdanielian@gmail.com
Pro Se Plaintiff

ATTORNEY(S) FOR:



FILED
CLERK, U.S. DISTRICT COURT
05/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY  GSA  DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Marc Danielian

Plaintiff(s),

v.

Hatchitt Tax Club/Hatchitt Inc

Defendant(s)

CASE NUMBER:

5:25-cv-01187-KK-(SPx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Marc Danielian | Plaintiff |
| Hatchitt Tax Club Inc/Hatchitt Inc | Defendant |

May 13, 2025
Date

Marc Danielian
Signature

Attorney of record for (or name of party appearing in pro per):

Marc Danielian