Marc Danielian

18948 Krameria Ave

Riverside, California 92508

951-205-8303

marcdanielian@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
6/12/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ram  DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN<br><br>       Plaintiff,<br><br>vs.<br><br>HATCHITT INC d.b.a HATCHITT TAX CLUB INC,<br><br>       Defendant | Case No.: **5:25-cv-01187-KK-SP**<br><br>**DECLARATION OF DEANNA MYERS RE: SERVICE BY MAIL**<br><br>**[Federal Rule of Civil Procedure 4(e)(1); California Code of Civil Procedure § 415.30; Michigan Court Rule 2.105]** |

I, Deanna Myers, declared as follows:

DECLARATION OF DEANNA MYERS RE: SERVICE BY MAIL[FEDERAL RULE OF CIVIL PROCEDURE 4(E)(1); CALIFORNIA CODE OF CIVIL PROCEDURE § 415.30; MICHIGAN COURT RULE 2.105] - 1

1. I am over the age of 18, a resident of Riverside County, California, and not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. This declaration is submitted pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, which authorizes service of process in accordance with:

   ▪ the law of the state where the district court is located (California), or

   ▪ the law of the state where service is made (Michigan).

3. On **June 3, 2025**, I served the following documents by first-class mail, with postage fully prepaid:

   - Notice to Counsel Re: Consent to Proceed Before a U.S. Magistrate Judge
   - Notice to Parties of Court-Directed ADR Program
   - Civil Standing Order
   - Summons – Page 1
   - Summons – Page 2
   - Certification and Notice of Interested Parties
   - Return envelope, postage prepaid and addressed to me

4. The documents listed above were mailed to the registered agent for service of process for Defendant **Hatchitt Tax Club Inc.**, at the following address:

   **Hatchitt Tax Club Inc.**

   4370 Chicago Dr. SW, Suite 118

   Grandville, MI 49418

5. Service of process was affected in accordance with the following provisions:

DECLARATION OF DEANNA MYERS RE: SERVICE BY MAIL[FEDERAL RULE OF CIVIL PROCEDURE 4(E)(1); CALIFORNIA CODE OF CIVIL PROCEDURE § 415.30; MICHIGAN COURT RULE 2.105] - 2

- **California Code of Civil Procedure § 415.30**, which permits service by first-class mail with a Notice and Acknowledgment of Receipt. Service is deemed complete only upon return of a signed acknowledgment.
- **Michigan Court Rule 2.105(A)(1) and (D)**, which permits service on a corporation by mailing the summons and complaint via registered or certified mail, return receipt requested, and delivery restricted to the addressee.

6. On or about, Date _____, I received:

☐ A signed Notice and Acknowledgment of Receipt (if served under California law), or

☐ A signed return receipt (green card) from the registered agent (if served under Michigan law).

A true and correct copy of the signed acknowledgment or green card is attached hereto as **Exhibit A**.

7. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **June 3, 2025**, at **Riverside, California**.

<br>

**Signature:** /S/: Deanna Myers

**Name:** Deanna Myers

**Address:** 18948 Krameria Ave, Riverside, CA 92508

DECLARATION OF DEANNA MYERS RE: SERVICE BY MAIL[FEDERAL RULE OF CIVIL PROCEDURE 4(E)(1); CALIFORNIA CODE OF CIVIL PROCEDURE § 415.30; MICHIGAN COURT RULE 2.105] - 3

1. **Phone:** (909) 241-8550

2. **Email:** goofyjeepgirl@gmail.com

28. DECLARATION OF DEANNA MYERS RE: SERVICE BY MAIL[FEDERAL RULE OF CIVIL PROCEDURE 4(E)(1); CALIFORNIA CODE OF CIVIL PROCEDURE § 415.30; MICHIGAN COURT RULE 2.105] - 4