## AFFIDAVIT OF SERVICE

| Case: 5:25-cv-01187-KK-SP | Court: united states district court, central district of california, eastern division | County: United States, CA | Job: 13356177 |
|---|---|---|---|
| Plaintiff / Petitioner: Marc Danielian | | Defendant / Respondent: Hatchitt Tax Club Inc | FILED<br>CLERK, U.S. DISTRICT COURT<br>6/12/2025<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ____RAM____ DEPUTY<br>DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM |
| Received by: Morgan Civil Process | | For: marc danielian | |
| To be served upon: Joseph Delfgauw | | | |

I, Ann Nummer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Autumn Damber , 4370 Chicago Drive Southwest Suite 118, Grandville, MI 49418
**Manner of Service:** Business, Jun 11, 2025, 4:33 pm EDT
**Documents:** Hatchitt notice to counsel.pdf, notice to parties of court directed adr program.pdf, hatchitt Filed complaint.pdf, Hatchitt summons page 2.JPG, Hatchitt Summons page 1.JPG, Hatchitt interested parties.pdf, field sheet

**Additional Comments:**
1) Unsuccessful Attempt: May 27, 2025, 3:56 pm EDT at 4370 Chicago Drive Southwest Suite 118, Grandville, MI 49418
This is a mail drop off location. Employee said they do rent out mail boxes so he may have one here but does not work or reside here.

2) Successful Attempt: Jun 11, 2025, 4:33 pm EDT at 4370 Chicago Drive Southwest Suite 118, Grandville, MI 49418 received by Autumn Damber . Age: 25; Ethnicity: Caucasian; Gender: Female; Hair: Blond;
Left at a mail service spot with defendant having a mail.box at location. Papers left with Autumn Damber and she put them in defendants mailbox.

*[signature]*                                   06/12/2025
Ann Nummer                                      Date

Morgan Civil Process
P.O. Box 249
Wellston, MI 49689