Marc Danielian

18948 Krameria Ave

Riverside, Ca 92508

951-205-8303

marcdanielian@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
06/13/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___AP___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN,<br><br>Plaintiff,<br><br>vs.<br><br>HATCHITT TAX CLUB INC,<br><br>Defendant | Case No.: 5:25-cv-01187<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HATCHITT INC. |

**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiff **Marc Danielian**, proceeding pro se, hereby voluntarily dismisses Defendant **Hatchitt Inc.** from this action without prejudice pursuant to **Federal Rule of Civil Procedure**

NOTICE OF VOLUNTARY DISMISSAL   WITHOUT PREJUDICE AS TO DEFENDANT HATCHITT INC. - 1

**41(a)(1)(A)(i)**. This dismissal applies only to Hatchitt Inc. and does not affect the claims against Hatchitt Tax Club Inc.

Respectfully submitted,

Dated: June 13, 2025

/s/ Marc Danielian

Marc Danielian

Pro Se Plaintiff

18948 Krameria Ave, Riverside, Ca 92508

951-205-8303

marcdanielian@gmail.com