FILED
CLERK, U.S. DISTRICT COURT
6/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    RAM    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Marc Danielian
18948 Krameria Ave
Riverside, Ca 92508
951-205-8303
marcdanielian@gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN,<br><br>  Plaintiff,<br><br>vs.<br><br>HATCHITT TAX CLUB INC,<br><br>  Defendant | Case No.: 5:25-cv-01187-KK-SPx<br><br>NOTICE OF SUPPLEMENTAL<br><br>DECLARATION RE: SERVICE BY MAIL |

Plaintiff, appearing pro se, respectfully submits the attached **Declaration of Service by Mail** as a supplement to the record. This declaration is submitted to clarify that the service of the following documents were made in accordance with **Federal Rule of Civil Procedure 4(e)(1)** and **California Code of Civil Procedure § 415.40**, by certified mail, return receipt requested, upon the out-of-state defendant, **Hatchitt Tax Club, Inc.**:

- Notice to Counsel Re: Consent to Proceed Before a U.S. Magistrate Judge
- Notice to Parties of Court-Directed ADR Program
- Civil Standing Order
- Summons – Page 1
- Summons – Page 2
- Complaint
- Certification and Notice of Interested Parties
- Return envelope, postage prepaid and addressed to Plaintiff

NOTICE OF SUPPLEMENTAL DECLARATION RE: SERVICE BY MAIL - 1

This supplemental filing is intended to ensure proper evidentiary support for Plaintiff's forthcoming **Request for Entry of Default**.

Respectfully submitted,

Date: June 16, 2025

**/s/ Marc Danielian**
Marc Danielian
Plaintiff, Pro Se

NOTICE OF SUPPLEMENTAL DECLARATION RE: SERVICE BY MAIL - 2