Marc Danielian

18948 Krameria Ave

Riverside, Ca 92508

951-205-8303

marcdanielian@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
6/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY     RAM     DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN | Case No.: 5:25-cv-01187-KK-SPx |
| Plaintiff, | |
| vs. | DECLARATION OF SERVICE BY MAIL |
| HATCHITT TAX CLUB INC | HATCHITT TAX CLUB INC. |
| Defendant | (CCP § 415.40; FRCP 4(e)(1)) |

1. I am the plaintiff in the above-captioned matter. I am over the age of 18 and competent to make this declaration.

2. On June 3, 2025, at my direction and under my supervision, service of process was affected by certified mail, return receipt requested, upon the defendant, Hatchitt Tax Club, Inc.

DECLARATION OF SERVICE BY MAILHATCHITT TAX CLUB INC.            (CCP § 415.40; FRCP 4(E)(1)) - 1

3. The mailing was performed by Deanna Myers, who is over the age of 18 and not a party to this action. The documents were mailed to the defendant's registered agent at the address listed with the Michigan Secretary of State.

4. This service was made pursuant to the California Code of Civil Procedure § 415.40, which permits service by mail on out-of-state defendants, and Federal Rule of Civil Procedure 4(e)(1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on:** June 16, 2025

**At:** Riverside, California

**/s/ Marc Danielian**

Marc Danielian

Plaintiff, Pro Se

DECLARATION OF SERVICE BY MAILHATCHITT TAX CLUB INC.          (CCP § 415.40; FRCP 4(E)(1)) - 2

USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

**9414711899560009044045**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 9:24 am on June 5, 2025 in GRANDVILLE, MI 49418.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
GRANDVILLE, MI 49418
June 5, 2025, 9:24 am

**Arrived at USPS Regional Destination Facility**
GRAND RAPIDS MI DISTRIBUTION CENTER
June 4, 2025, 8:34 am

**In Transit to Next Facility**
June 3, 2025

**Arrived at USPS Regional Origin Facility**
MORENO VALLEY CA DISTRIBUTION CENTER
June 2, 2025, 10:39 pm

**Accepted at USPS Origin Facility**
RIVERSIDE, CA 92504
June 2, 2025, 9:24 pm

**Shipment Received, Package Acceptance Pending**

Feedback

RIVERSIDE, CA 92504
June 2, 2025, 5:11 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



LARA Home   Contact LARA   Online Services   News   MI.gov

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

| | |
|---|---|
| ID Number: 802847069 | Request certificate   Return to Results   New search |
| Summary for: HATCHITT TAX CLUB INC. | |
| The name of the DOMESTIC PROFIT CORPORATION: HATCHITT TAX CLUB INC. | |

**Entity type:** DOMESTIC PROFIT CORPORATION
**Identification Number:** 802847069

**Date of Incorporation in Michigan:** 04/28/2022

**Purpose:** All Purpose Clause

**Term:** Perpetual

**Most Recent Annual Report:** 2025     **Most Recent Annual Report with Officers & Directors:** 2024

**The name and address of the Resident Agent:**

| | |
|---|---|
| Resident Agent Name: | JOSEPH DELFGAUW |
| Street Address: | 4370 CHICAGO DR SW |
| Apt/Suite/Other: | 118 |
| City: | GRANDVILLE    State: MI    Zip Code: 48418 |

**Registered Office Mailing address:**

| | |
|---|---|
| P.O. Box or Street Address: | 4370 CHICAGO DR SW |
| Apt/Suite/Other: | 118 |
| City: | GRANDVILLE    State: MI    Zip Code: 49418 |

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | JOSEPH DELFGAUW | 4370 CHICAGO DR SW 118 GRAND RAPIDS, MI 49418 USA |
| TREASURER | NANCY GOULD | 4370 CHICAGO DR SW 118 GRAND RAPIDS, MI 49418 USA |
| SECRETARY | JOSEPH DELFGAUW | 4370 CHICAGO DR SW 118 GRAND RAPIDS, MI 49418 USA |
| DIRECTOR | JOSEPH DELFGAUW | 4370 CHICAGO DR SW 118 GRAND RAPIDS, MI 49418 USA |

**Act Formed Under:** 284-1972 Business Corporation Act
**Acts Subject To:** 284-1972 Business Corporation Act

**Total Authorized Shares:** 60,000

**Written Consent**

**View filings for this business entity:**

```
ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
```

[View filings]

**Comments or notes associated with this business entity:**

LARA FOIA Process    Transparency    State Web Sites

Michigan.gov Home    ADA    Michigan News    Policies

Copyright 2025 State of Michigan