Marc Danielian
18948 Krameria Ave
Riverside, Ca 92508
951-205-8303
marcdanielian@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
6/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY   RAM   DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN<br><br>Plaintiff,<br><br>vs.<br><br>HATCHITT TAX CLUB INC<br><br>Defendant | Case No.: 5:25-cv-01187-KK-SPx<br><br>SUPPLEMENTAL DECLARATION<br><br>RE: SERVICE OF PROCESS |

I, **Marc Danielian**, declare as follows:

1. I am the Plaintiff in this action and am representing myself in pro se. I submit this supplemental declaration to clarify the legal basis for service of process upon Defendant Hatchitt Tax Club, Inc.

On June 11, 2025, the following court required paperwork

- Notice to Counsel Re: Consent to Proceed Before a U.S. Magistrate Judge
- Notice to Parties of Court-Directed ADR Program
- Civil Standing Order
- Summons – Page 1
- Summons – Page 2

SUPPLEMENTAL DECLARATION RE: SERVICE OF PROCESS - 1

- Complaint
- Certification and Notice of Interested Parties

were personally served upon Autumn Damber, manager of the CMRA (Commercial Mail Receiving Agency) located at **4370 Chicago Drive Southwest, Suite 118, Grandville, Michigan 49418**.

2. This address is the official registered business address of Hatchitt Tax Club, Inc. on file with the Michigan Secretary of State.

3. Service was made in accordance with:

    - Federal Rule of Civil Procedure 4(e)(1), which permits service by any method allowed under the law of the forum state, and
    - California Code of Civil Procedure § 416.10, which permits service on a corporation by delivering the summons and complaint to a person authorized to receive service at the corporation's designated address.

4. Ms. Damber, as the manager of the CMRA where the defendant receives official mail, identified herself as authorized to accept service on behalf of Hatchitt Tax Club, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 17, 2025

At: Riverside, California

**/s/ Marc Danielian**

Marc Danielian

Plaintiff, Pro Se

SUPPLEMENTAL DECLARATION RE: SERVICE OF PROCESS - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUPPLEMENTAL DECLARATION RE: SERVICE OF PROCESS - 3