MARC DANIELIAN

18948 KRAMERIA AVE

RIVERSIDE, CA 92508

951-205-8303

MARCDANIELIAN@GMAIL.COM

**FILED**
CLERK, U.S. DISTRICT COURT
6/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY_____RAM_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN<br><br>Plaintiff,<br><br>vs.<br><br>HATCHITT TAX CLUB INC.<br><br>Defendant | Case Number:  5:25-cv-01187   KK-SPx<br><br>DECLARATION OF SERVICE BY PERSONAL DELIVERY<br><br>(FRCP 4(e)(1); MCR 2.105) |

I, Ann Nummer, declare

PLEADING TITLE - 1

1. I am over the age of 18 and not a party to this action. I am employed as a process server in the State of Michigan.

2. On June 11, 2025, at approximately 4:33pm EST, I personally delivered the following documents:

Notice to Counsel Re: Consent to Proceed Before a U.S. Magistrate Judge

Notice to Parties of Court-Directed ADR Program

Civil Standing Order

Civil Cover Page

Complaint

Summons – Page 1

Summons – Page 2

Certification and Notice of Interested Parties

3. The above-listed documents were delivered to the business address officially registered with the Michigan Secretary of State for service of process for:

Hatchitt Tax Club Inc.

4370 Chicago Dr. SW, Suite 118

Grandville, MI 49418

4. Upon arrival at the location, I was informed that this was a commercial mail receiving agency (CMRA), and that the defendant company maintains a mailbox at this address.

PLEADING TITLE - 2

5. I delivered the documents to a clerk behind the counter, identified as, Autumn Damber (Manager), who stated they were authorized to accept mail and deliveries on behalf of mailbox holders. This individual accepted the documents and signed for them.

6. A copy of the delivery confirmation receipt is attached hereto as Exhibit A. A copy of the Michigan Secretary of State record identifying this address as the company's registered service address is attached as Exhibit B.

7. I am informed and believe that service at this location, and to this individual, constitutes valid service under Federal Rule of Civil Procedure 4(e)(1) and Michigan Court Rule 2.105(D), because:

The documents were delivered to the defendant's registered office for service of process on file with the Michigan Secretary of State.

The person who accepted delivery was in charge of receiving materials on behalf of mailbox holders at the CMRA;

Courts have consistently held that service is valid when documents are delivered to a party in charge at the registered address.

See:

Barrett v. City of Allen Park, 311 Mich. App. 499, 875 N.W.2d 883 (2015);

Summers v. UAL Corp., 2001 WL 1631402 (Mich. Ct. App. Dec. 18, 2001);

Gambone v. Lite Rock Drywall, No. 07-3116 (E.D. Pa. 2008).

PLEADING TITLE - 3

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2025

Ann Nummer

Signature: _____

Morgan Civil Process

P.O. Box 249

Wellston, MI 49689

PLEADING TITLE - 4