Marc Danielian

18948 Krameria Ave

Riverside, California 92508

951-205-8303

marcdanielian@gmail.com

**FILED**
CLERK, U.S. DISTRICT COURT
6/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    ram    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN<br><br>Plaintiff,<br><br>vs.<br><br>HATCHITT TAX CLUB INC,<br><br>Defendant | Case No.: **5:25-cv-01187-KK-SPx**<br><br>**DECLARATION OF DEANNA MYERS RE: SERVICE BY MAIL**<br><br>**[Federal Rule of Civil Procedure 4(e)(1); California Code of Civil Procedure § 415.40; Michigan Court Rule 2.105]** |

I, Deanna Myers, declare as follows:

DECLARATION OF DEANNA MYERS RE: SERVICE BY MAIL[FEDERAL RULE OF CIVIL PROCEDURE 4(E)(1); CALIFORNIA CODE OF CIVIL PROCEDURE § 415.40; MICHIGAN COURT RULE 2.105] - 1

1. I am over the age of 18, a resident of Riverside County, California, and not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. This declaration is submitted pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, which authorizes service of process in accordance with:

- the law of the state where the district court is located (California), or

- the law of the state where service is made (Michigan).

3. On June 3, 2025, I served (mailed) the following documents by first-class mail, with **return receipt requested** (green card) and postage fully prepaid:

- Notice to Counsel Re: Consent to Proceed Before a U.S. Magistrate Judge

- Notice to Parties of Court-Directed ADR Program

- Civil Standing Order

- Summons – Page 1

- Summons – Page 2

- Certification and Notice of Interested Parties

DECLARATION OF DEANNA MYERS RE: SERVICE BY MAIL[FEDERAL RULE OF CIVIL PROCEDURE 4(E)(1); CALIFORNIA CODE OF CIVIL PROCEDURE § 415.40; MICHIGAN COURT RULE 2.105] - 2

- Return envelope, postage prepaid and addressed to me

4. The above documents were mailed to the registered agent for service of process for Defendant Hatchitt Tax Club Inc. at the following address:

Hatchitt Tax Club Inc.

Attn: Joseph Delfgauw (listed as Registered Agent per Michigan S.O.S)

4370 Chicago Dr. SW, Suite 118

Grandville, MI 49418

5. Service of process was affected in accordance with:

- **California Code of Civil Procedure § 415.40**, which permits service by first-class mail, postage prepaid, return receipt requested, on out-of-state defendants. Service is deemed complete 10 days after mailing.

- **Michigan Court Rule 2.105(A)(1) and (D)**, which permits service on a corporation by mailing the summons and complaint via registered or certified mail, return receipt requested, and delivery restricted to the addressee.

DECLARATION OF DEANNA MYERS RE: SERVICE BY MAIL[FEDERAL RULE OF CIVIL PROCEDURE 4(E)(1); CALIFORNIA CODE OF CIVIL PROCEDURE § 415.40; MICHIGAN COURT RULE 2.105] - 3

<sup>Case 5:25-cv-01187-KK-SP   Document 20   Filed 06/17/25   Page 4 of 7   Page ID #:69</sup>

6. On or about June 17, 2025, I received:

   ☐ A signed Notice and Acknowledgment of Receipt (if served under California law), or

   ☒ A signed return receipt (green card) from the registered agent or person authorized to accept service on behalf of the defendant (if served under Michigan law).

A true and correct copy of the signed green card is attached hereto as Exhibit A.

7. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 17, 2025, at Riverside, California.

Signature: /s/ Deanna Myers

Deanna Myers

18948 Krameria Ave

DECLARATION OF DEANNA MYERS RE: SERVICE BY MAIL[FEDERAL RULE OF CIVIL PROCEDURE 4(E)(1); CALIFORNIA CODE OF CIVIL PROCEDURE § 415.40; MICHIGAN COURT RULE 2.105] - 4

1  Riverside, CA 92508

3  (909) 241-8550

5  goofyjeepgirl@gmail.com

28  DECLARATION OF DEANNA MYERS RE: SERVICE BY MAIL[FEDERAL RULE OF CIVIL PROCEDURE 4(E)(1); CALIFORNIA CODE OF CIVIL PROCEDURE § 415.40; MICHIGAN COURT RULE 2.105] - 5



