Marc Danielian

18948 Krameria Ave

Riverside, Ca 92508

951-205-8303

marcdanielian@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
07/03/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: mba    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN<br><br>Plaintiff,<br><br>vs.<br><br>HATCHITT TAX CLUB INC<br><br>Defendant | Case No.: 5:25-cv-01187<br><br>REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT HATCHITT TAX CLUB INC. |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:

REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT HATCHITT TAX CLUB INC. - 1

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Marc Danielian respectfully requests that the Clerk enter default against Defendant Hatchitt Tax Club Inc. for failure to plead or otherwise defend in this action, and in support thereof states the following:

1. Plaintiff served Defendant Hatchitt Tax Club Inc. with the following,

- Notice to Counsel Re: Consent to Proceed Before a U.S. Magistrate Judge
- Notice of assignment to United States Judges
- Notice to Parties of Court-Directed ADR Program
- Civil Standing Order
- Summons – Page 1
- Summons – Page 2
- Complaint
- Certification and Notice of Interested Parties
- Civil cover sheet

on June 11, 2025, as evidenced by the Proof of Service filed with this Court on [insert ECF number, if ~~filed]~~.

2. Pursuant to Rule 12(a)(1)(A)(i), Defendant's responsive pleading was due on or before July 2, 2025.

REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT HATCHITT TAX CLUB INC. - 2

3. As of the date of this request, no responsive pleading, motion, or other appearance has been filed by Defendant Hatchitt Tax Club Inc., nor has Plaintiff received any communication from the Defendant or its counsel.

4. Defendant is a corporate entity and is not a minor, an incompetent person, or in military service as defined in the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Hatchitt Tax Club Inc. in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: July 3, 2025

Respectfully submitted,


/s/ Marc Danielian

Marc Danielian

Plaintiff, Pro Se

REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT HATCHITT TAX CLUB INC. - 3