# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC DANIELIAN<br><br>Plaintiff(s),<br><br>v.<br><br>HATCHITT INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:25–cv–01187–KK–SP<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __7/3/2025__

Document No.:   __22__

Title of Document:   __DECLARATION OF MARC DANIELIAN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT__

**ERROR(S) WITH DOCUMENT:**

Declaration is in support of a Motion for Default Judgment that has not been motioned before the Court.

Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  July 3, 2025        By:   _/s/ Alison Bandek  alison_bandek@cacd.uscourts.gov_
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS