MARC DANIELIAN
18948 KRAMERIA AVENUE
RIVERSIDE, CALIFORNIA 92508
TELEPHONE: (951) 205-8303
PLAINTIFF, IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
07/07/2025
CENTRAL DISTRICT OF CALIFORNIA
BY AP DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN<br><br>     Plaintiff,<br><br>vs.<br><br>HATCHITT TAX CLUB INC<br><br>     Defendant | Case No.: 5:25-cv-01187<br><br>**PROOF OF SERVICE BY MAIL** |

I, **Marc Danielian**, declare:

I am over the age of 18 and not a party to this action. My address is:

18948 Krameria Avenue

Riverside, California 92508

On **July 7, 2025**, I served the following documents:

PROOF OF SERVICE BY MAIL - 1

1. Notice of Motion for Default Judgment

2. Motion for Default Judgment

3. Memorandum of Points and Authorities

4. Declaration of Marc Danielian in Support of Motion for Default Judgment

5. [Proposed] Default Judgment

6. Request for Judicial Notice in Support of Motion for Default Judgment

7. This Proof of Service by Mail

I served the above documents on the following party by placing true and correct copies thereof in a sealed envelope, with **first-class postage fully prepaid**, and placing the envelope in the United States mail at Riverside, California, addressed as follows:

**Hatchitt Tax Club Inc.**

4370 Chicago Dr. SW, Suite 118

Grandville, MI 49418

United States

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 7, 2025**, in **Riverside, California**.

/s/ Marc Danielian

**Marc Danielian**

**18948 Krameria Ave**

PROOF OF SERVICE BY MAIL - 2

**Riverside, Ca 92508**

**951-205-8303**

**marcdanielian@gmail.com**

Plaintiff, In Pro Per

PROOF OF SERVICE BY MAIL - 3