MARC DANIELIAN
18948 KRAMERIA AVENUE
RIVERSIDE, CALIFORNIA 92508
TELEPHONE: (951) 205-8303
PLAINTIFF, IN PRO PER



FILED
CLERK, U.S. DISTRICT COURT
07/15/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___AP___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN<br><br>Plaintiff,<br><br>vs.<br><br>HATCHITT TAX CLUB INC<br><br>Defendant | CASE NUMBER: 5:25-cv-01187<br><br>REQUEST FOR DECISION ON THE PAPERS PURSUANT TO LOCAL RULE 7-15 |

Plaintiff **Marc Danielian** respectfully requests that the Court decide the pending **Motion for Default Judgment (Dkt. 39)** on the papers **without oral argument**, pursuant to **Local Rule 7-15**.

On July 7, 2025, default was entered against Defendant Hatchitt Tax Club Inc. (Dkt.29). The Motion for Default Judgment and all supporting documents were filed and served on July 8, 2025. The deadline to oppose the motion has passed, and **no opposition has been filed**.

REQUEST FOR DECISION ON THE PAPERS PURSUANT TO LOCAL RULE 7-15- 1

Plaintiff has submitted a complete evidentiary record, including a declaration, memorandum of points and authorities, exhibits, a request for judicial notice, a notice of non-opposition, and a litigation risk analysis brief.

Because Defendant has made **no appearance and the motion is unopposed**, Plaintiff submits that this matter is appropriate for disposition on the papers in the interest of judicial economy.

July 15, 2025

Respectfully submitted,

/s/ Marc Danielian

**Marc Danielian**

**18948 Krameria Ave**

**Riverside, Ca 92508**

**951-205-8303**

marcdanielian@gmail.com

Pro Se Plaintiff

REQUEST FOR DECISION ON THE PAPERS PURSUANT TO LOCAL RULE 7-15- 2

Exhibit A

January 31, 2025

Text message from 71988 which belongs to Hatchitt Tax Club Inc



Exhibit B

March 9, 2025

Text message from 71988 which belongs to Hatchitt Tax Club Inc



Exhibit C

March 9, 2025 (continued)

My personal opt out of text message (no opt-out mechanism was provided or offered by defendant as required)

Text message from 71988 which belongs to Hatchitt Tax Club Inc



**EXHIBIT D**
**Federal Trade Commission – National Do Not Call Registry Confirmation**

Plaintiff, Marc Danielian, includes the following document as Exhibit D in support of his Motion for Default Judgment. This exhibit confirms Plaintiff's active registration of his personal telephone number on the National Do Not Call Registry maintained by the Federal Trade Commission (FTC), evidencing his intention to opt out of telemarketing communications as protected under 47 U.S.C. § 227(c) and the Telemarketing Sales Rule (16 C.F.R. § 310).

**Document Title:**
*DNC_Registration_Confirmation.pdf*

**Description:**
Confirmation from the FTC that Plaintiff's telephone number is registered on the National Do Not Call Registry, supporting Plaintiff's claim of unlawful telemarketing calls made in violation of federal and state consumer protection laws.



## EXHIBIT E

*Hatchitt Mobile Terms – Shortcode 71988 Usage*

Plaintiff respectfully submits the following exhibit in support of the Corrected Motion for Default Judgment and Request for Judicial Notice.

This exhibit contains a printout of Hatchitt's public-facing Mobile Terms, accessible at:

https://hatchitt.com/mobile-terms/

Relevant details confirming use of short code 71988 by the defendant are as follows:

- SHORTCODE: 71988
- PROGRAM NAME: Hatchitt
- FREQUENCY OF ALERTS: Recurring
- USER OPT-IN:
  - Users may opt in to receive mobile alerts by filling out the web form located at https://www.hatchitt.com/signup.
  - By signing up you agree to alerts from Hatchitt regarding any account updates, changes & appointment reminders.
  - Hatchitt claims not to use an autodialer, and states that consent is not required to purchase goods or services.
- USER OPT-OUT:
  - To opt out, users are instructed to text "STOP" to 71988.
  - Additional opt-out keywords include: "QUIT", "END", "CANCEL", "UNSUBSCRIBE", or "STOP ALL".
- HELP:
  - For assistance, users are directed to text "HELP" to 71988 or email info@hatchitt.com.

This evidence establishes that short code 71988 is controlled by Hatchitt, contradicting any claim of third-party messaging or lack of knowledge, and supports Plaintiff's assertion that the unsolicited messages received from 71988 originated from Defendant.

