MARC DANIELIAN
18948 KRAMERIA AVENUE
RIVERSIDE, CALIFORNIA 92508
TELEPHONE: (951) 205-8303
PLAINTIFF, IN PRO PER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN<br><br>Plaintiff,<br><br>vs.<br><br>HATCHITT TAX CLUB INC<br><br>Defendant | CASE NUMBER: 5:25-cv-01187<br><br>SUPPLEMENTAL DECLARATION OF MARC DANIELIAN RE: DEFENDANT'S FAILURE TO RESPOND OR OPPOSE |

I, **Marc Danielian**, declare:

1. I am the plaintiff in this action and am appearing in pro se. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

2. On **July 7, 2025**, the Clerk entered default against Defendant Hatchitt Tax Club Inc. pursuant to Federal Rule of Civil Procedure 55(a). (Dkt. 29)

SUPPLEMENTAL DECLARATION OF MARC DANIELIAN RE: DEFENDANT'S FAILURE TO RESPOND OR OPPOSE - 1

3. On **July 8, 2025**, I filed and properly served my **Motion for Default Judgment** (Dkt. 39) and all supporting documents, including my Declaration, Memorandum of Points and Authorities, Request for Judicial Notice, Exhibits A–E, and Notice of Motion.

4. Pursuant to Local Rule 7-9 and Federal Rule of Civil Procedure 6(c)(2), **any opposition to the Motion for Default Judgment was due no later than 14 days before the scheduled hearing** on August 7, 2025 — i.e., by **July 24, 2025**.

5. **As of the date of this declaration, Defendant has not filed any opposition**, has not made any appearance in the case, and has not contacted me in any form.

6. I have received **no written communication, email, phone call, or other response** from Defendant Hatchitt Tax Club Inc., or from any attorney purporting to represent them.

7. All documents were properly served by U.S. Mail as reflected in my Proofs of Service on file. **Defendant has had ample notice and opportunity to respond or defend** but has failed to do so.

8. Accordingly, I respectfully submit that the motion is **unopposed**, the factual record is undisputed, and judgment should be entered in Plaintiff's favor without further delay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 15, 2025**, in **Riverside, California**.

SUPPLEMENTAL DECLARATION OF MARC DANIELIAN RE: DEFENDANT'S FAILURE TO RESPOND OR OPPOSE - 2

July 15, 2025

Respectfully submitted,

/s/ Marc Danielian

**Marc Danielian**

**18948 Krameria Ave**

**Riverside, Ca 92508**

**951-205-8303**

**marcdanielian@gmail.com**

Pro Se Plaintiff

SUPPLEMENTAL DECLARATION OF MARC DANIELIAN RE: DEFENDANT'S FAILURE TO RESPOND OR OPPOSE - 3