Marc Danielian

18948 Krameria Ave

Riverside, Ca 92508

951-205-8303

marcdanielian@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
07/15/2025
CENTRAL DISTRICT OF CALIFORNIA
BY      AP      DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN<br><br>            Plaintiff,<br><br>vs.<br><br>HATCHITT TAX CLUB INC,<br><br>            Defendant | **Case No.:** 5:25-cv-01187-KK-SP<br><br>**PROOF OF SERVICE BY MAIL**<br><br>(Fed. R. Civ. P. 5(b)(2)(C)) |

I, **Marc Danielian**, declare as follows:

I am over the age of 18 and not a party to this action. I am a resident of the County of Riverside, State of California. My mailing address is:

PROOF OF SERVICE BY MAIL - 1

18948 Krameria Ave

Riverside, CA 92508

On **July 15, 2025**, I served the following documents:

- **Exhibit A – January 31, 2025, Text Message from Short Code 71988**
- **Exhibit B – March 9, 2025, Text Message from Short Code 71988**
- **Exhibit C – March 9, 2025, Text Message (No Opt-Out Mechanism)**
- **Exhibit D – FTC Do Not Call Registry Confirmation for Plaintiff's Number**
- **Exhibit E – Hatchitt Mobile Terms Confirming Use of Short Code 71988**
- **Supplemental Declaration of Marc Danielian re: Defendant's Failure to Respond or Oppose**
- **Request for Decision on the Pursuant Papers to Local Rule 7-15**

I served these documents by placing true copies in a sealed envelope with **first-class postage fully prepaid**, addressed as follows:

**Hatchitt Tax Club Inc.**

**4370 Chicago Dr. SW, Suite 118**

**Grandville, MI 49418**

I deposited the sealed envelope with the United States Postal Service on the above date at a postal box in Riverside, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

PROOF OF SERVICE BY MAIL - 2

Executed on **July 15, 2025**, at **Riverside, California**.

/s/ Marc Danielian

**Marc Danielian**

**18948 Krameria Ave**

**Riverside, Ca 92508**

**951-205-8303**

**marcdanielian@gmail.com**

PROOF OF SERVICE BY MAIL - 3