MARC DANIELIAN

18948 KRAMERIA AVE

RIVERSIDE, CA 92508

951-205-8303

Email:marcdanielian@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
07/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    AP    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MARC DANIELIAN,<br><br>       Plaintiff,<br><br>vs.<br><br>HATCHITT TAX CLUB INC,<br><br>       Defendant | Case No.: 5:25-cv-01187<br><br>SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT BASED ON HATCHITT TAX CLUB, INC (CALIFORNIA CORPORATIONS CODE §§ 2105 AND 2203(C) |

SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT BASED ON HATCHITT TAX CLUB, INC (CALIFORNIA CORPORATIONS CODE §§ 2105 AND 2203(C) - 1

Plaintiff Marc Danielian respectfully submits this Supplemental Memorandum to further support his Motion for Default Judgment against Defendant Hatchitt Tax Club, Inc., on the additional legal grounds that Defendant is barred from defending this action under California Corporations Code §§ 2105 and 2203(c) due to its failure to register with the California Secretary of State while transacting intrastate business.

**I. DEFENDANT TRANSACTED INTRASTATE BUSINESS IN CALIFORNIA WITHOUT QUALIFICATION**

Plaintiff is a California resident who received two unsolicited commercial text messages from Defendant promoting tax-related services. These were sent to Plaintiff's personal cellular telephone in California. Such conduct constitutes commercial solicitation aimed at a California consumer with the intent to establish a business relationship.

This conduct qualifies as "transacting intrastate business" under Cal. Corp. Code § 191(a), which includes soliciting orders or services within California.

A search of the California Secretary of State's Bizfile database on July 21, 2025, for "Hatchitt Tax Club, Inc." yielded no results. Defendant has not obtained a Certificate of Qualification as required under § 2105. A true and correct copy of the search results is attached as **Exhibit F**, for which

SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT BASED ON HATCHITT TAX CLUB, INC (CALIFORNIA CORPORATIONS CODE §§ 2105 AND 2203(C) - 2

Plaintiff respectfully requests judicial notice pursuant to Fed. R. Evid. 201.

## II. DEFENDANT IS BARRED FROM DEFENDING THIS ACTION

California Corporations Code § 2203(c) provides:

> "A foreign corporation transacting intrastate business without having
> qualified to so transact business shall not maintain any action or proceeding
> upon any intrastate business so transacted in any court of this state until it
> has obtained a certificate of qualification."

This rule has been applied to prohibit defendants from maintaining defenses. See *United Medical Mgmt. Ltd. v. Gatto*, 49 Cal.App.4th 173, 177–78 (1996) (defendant barred from asserting affirmative defenses due to § 2105 violations).

Defendant's marketing efforts directed at Plaintiff in California without corporate registration constitutes business activity subject to this bar. Accordingly, Defendant is disqualified from defending this action until it complies with § 2105.

## III. THIS NONCOMPLIANCE FURTHER SUPPORTS DEFAULT JUDGMENT

Defendant has failed to appear or respond. Even if it were to do so now, it

SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT BASED ON HATCHITT TAX CLUB, INC (CALIFORNIA CORPORATIONS CODE §§ 2105 AND 2203(C) - 3

is legally prohibited from defending unless and until it qualifies to transact business in California.

This statutory disqualification is an independent and compelling basis to grant Plaintiff's Motion for Default Judgment. It further reflects willful disregard of California corporate and consumer protection law, supporting an award of treble damages under 47 U.S.C. §§ 227(b)(3) and 227(c)(5).

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court find Defendant is barred from defending this action pursuant to California Corporations Code §§ 2105 and 2203(c), and that default judgment be granted.

## V. NO SERVICE REQUIRED ON DEFENDANT UNDER FEDERAL RULE 5(a)(2)

Pursuant to Federal Rule of Civil Procedure 5(a)(2), service of this supplemental memorandum is not required upon Defendant Hatchitt Tax Club, Inc., because Defendant is in default and has not appeared in this action. Rule 5(a)(2) expressly provides that:

"No service is required on a party who is in default for failing to appear unless the pleading asserts a new claim for relief against that party."

This supplemental memorandum does not assert any new claim for relief but rather supports Plaintiff's already-pending (DKT 39) Corrected Motion for Default Judgment. Therefore, no service on the Defendant is necessary or required under the Federal Rules.

Dated: July 21, 2025

Respectfully submitted,

 /s/ Marc Danielian

Marc Danielian

Pro Se

18948 Krameria Avenue

Riverside, CA 92508

(951) 205-8303

marcdanielian@gmail.com

SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT BASED ON HATCHITT TAX CLUB, INC (CALIFORNIA CORPORATIONS CODE §§ 2105 AND 2203(C) - 5

1
2  Name: MARC DANIELIAN
3  Address: 18948 KRAMERIA AVE
4  RIVERSIDE, CA 92508
5  Phone: 951-205-8303
6  Fax:
7  In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MARC DANIELIAN | CASE NUMBER: |
|---|---|
| Plaintiff | 5:25-cv-01187 |
| v. | |
| HATCHITT TAX CLUB INC | **EXHIBIT F** |
| | California Secretary of State Business Entity Search |
| Defendant(s). | |

CV-127 (09/09)    **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

# EXHIBIT F

**California Secretary of State Business Entity Search – No Results for "Hatchitt Tax Club Inc."**

**Plaintiff's Judicial Notice Submission**

Plaintiff Marc Danielian respectfully submits this exhibit in support of his Motion for Default Judgment and Supplemental Memorandum of Law. On **July 21, 2025**, Plaintiff conducted a business entity search for "Hatchitt Tax Club Inc" on the official website of the **California Secretary of State** via the Bizfile Online portal:

**Date of Search:** July 21, 2025
**Search Term:** Hatchitt Tax Club Inc
**Search Location:** https://bizfileonline.sos.ca.gov/search/business


**Result:**

**"No results were found for 'Hatchitt Tax Club Inc'"**

This result confirms that Defendant **Hatchitt Tax Club, Inc.** is **not registered** with the California Secretary of State and has **not obtained a Certificate of Qualification** as required under **California Corporations Code § 2105**, despite conducting intrastate business in California through unsolicited text messages directed at a California resident.

Plaintiff respectfully requests the Court take **Judicial Notice** of this fact pursuant to **Federal Rule of Evidence 201**.

A true and correct copy of the Secretary of State search results is attached below.

---

*(Attach the PDF screenshot you uploaded as the supporting document after this page in your filing.)*

**California Secretary of State**

Business | UCC | Login

Home
Search
Forms
Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

7/21/25, 10:42 AM                                  Search | California Secretary of State





No results were found for "Hatchitt Tax Club Inc"

Try your search again with different filters or a different search term.