UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 25-1187-KK-SPx | Date: | August 20, 2025 |
| Title: | *Marc Danielian v. Hatchitt Inc. et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order DENYING Plaintiff's Motion for Default Judgment [Dkt. 39]

On May 14, 2025, plaintiff Marc Danielian ("Plaintiff"), appearing as pro se, filed a Complaint against defendant Hatchitt Tax Club ("Defendant") for alleged violations of federal and California laws arising from unsolicited text messages from Defendant. ECF Docket No. ("Dkt.") 1, Complaint. On June 11, 2025, Defendant was served with summons and Complaint. Dkt. 14. Defendant did not answer or otherwise appear. Hence, on July 3, 2025, Plaintiff filed a request for entry of default, and on July 7, 2025, the Clerk of Court entered default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). Dkts. 26, 29.

On July 8, 2025, Plaintiff filed the instant Motion for Default Judgment ("Motion") pursuant to Federal Rule of Civil Procedure 55(b). Dkt. 39. Plaintiff subsequently filed no less than ten additional supplemental briefs and exhibits in support of the Motion. See dkts. 42, 46, 48, 50-56.

The Court will not undertake the burden of sifting through multiple, piecemeal submissions in an effort to construct Plaintiff's claims and arguments. Elias v. Lichinov, No. 2:19-CV-07457-MWF-JC, 2019 WL 4140983, at *2 (C.D. Cal. Aug. 29, 2019) ("It is not the Court's responsibility to sift through plaintiff's multiple submissions in an attempt to glean whether plaintiff has an adequate basis upon which to state a viable claim."). Accordingly, Plaintiff's Motion for Default Judgment is **DENIED without prejudice**.

Plaintiff shall file a renewed application **by no later than September 3, 2025**. The renewed application shall consist of a **single, consolidated filing** that includes the memorandum of points and authorities, supporting declaration(s), and any exhibits. Plaintiff is further advised that free

assistance is available through the Federal Pro Se Clinic, located at the George E. Brown Federal Building, 3470 Twelfth Street, Room 125, Riverside, CA 92501. Pro se litigants may obtain additional information by calling (951) 682-7968 or visiting http://prose.cacd.uscourts.gov/riverside.

Plaintiff is warned that the failure to file a renewed motion for default judgment by the deadline set forth above, or filing one that otherwise fails to address the requirements set forth in this Order, shall result in the renewed application being denied and/or sanctions, including dismissal for failure to prosecute and/or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30 (1962).

**IT IS SO ORDERED**.